IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:24-CR-00200-D-7

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| v. | ) | **ORDER TO SEAL** |
| | ) | Dockett Entry 356 |
| | ) | |
| CHRISTOPHER PAGAN, | ) | |

On the motion of the Defendant, Christopher Pagan, and for good cause shown, it is ORDERED that Docket Entry 356 in this matter be sealed until further notice of this Court. The grounds for this Order are found at Docket Entry 356.

Accordingly, it is ORDERED that these documents be filed under seal and to remain so sealed until otherwise ordered by this Court.

SO ORDERED, this the __12__ day of August, 2025.

James C. Dever III
United States District Court Judge